

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2022

No. 04-22-00432-CR

Rolando **MENDOZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR9296
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

On September 14, 2022, we issued an order noting that the court reporters in this case had filed notifications of late record explaining that they had not filed the reporter's records because appellant had failed to pay or make arrangements to pay the court reporters' fee for preparing the records and appellant was not entitled to appeal without paying the fee. We ordered appellant to show, by September 26, 2022, either: (1) the reporters' fees had been paid or arrangements had been made to pay the reporters' fees; or (2) appellant is entitled to appeal without paying the reporters' fees. We cautioned appellant that if he failed to respond within the time provided, his brief would be due within thirty days from the date of the order, and the court would consider only those issues or points raised in his brief that did not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Appellant did not respond to our September 14, 2022 order. Accordingly, his brief was due by October 14, 2022. On October 21, 2022, appellant filed his brief and a motion requesting an extension of time until October 26, 2022 to file the brief. After consideration, we **GRANT** appellant's motion for extension of time and deem the brief timely filed as of October 21, 2022. Pursuant to our September 14, 2022 order, we will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision.

_Beth Watkins_

Beth Watkins, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2022.

_Michael A. Cruz_

MICHAEL A. CRUZ, Clerk of Court